Number of pages __29__
Received on __6-27-2023__
Scanned or mailed on __6/27/202__
by __S. Tomlinson__ at __SVSP__
for the Northern District of California.

1   **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

2   Name: __Guy__                    __William__
3        *(Last)*                    *(First)*

4   Prisoner Number:   __#C-53829__

5   Institutional Address: __Salinas Valley State Prison,__

6   __P.O.Box 1050(B-1-139-L),Soledad,Ca 93960__

7

8                    **UNITED STATES DISTRICT COURT**

                    **FILED**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

                    Jun 28 2023
                    Mark B. Busby
                    CLERK, U.S. DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
                    OAKLAND

10   __William Guy__                              )
     *(Enter your full name.)*                    )

11                                                )
                                                  )
12              vs.                               )   Case No. 5:23-cv-03202-NC
                                                  )   *(Provided by the clerk upon filing)*
13   __Suii(PCP),S.Sawyer,Chief Support__         )
                                                  )   **COMPLAINT UNDER THE**
14   __Executive,S.Gates,Heath Care &__           )   **CIVIL RIGHTS ACT,**
                                                  )   **42 U.S.C. § 1983**
15   __Appeals Branch.et al.__                     )
     *(Enter the full name(s) of the defendant(s) in this action.)*  )

16                                                )

17   **I. Exhaustion of Administrative Remedies.**

18   **Note:** *You must exhaust available administrative remedies before your claim can go*
     *forward. The court will dismiss any unexhausted claims.*
19

20   A.   Place of present confinement __Slainas Valley State Prison__

21   B.   Is there a grievance procedure in this institution?   **YES** ☑   **NO** ☐

22   C.   If so, did you present the facts in your complaint for review through the grievance

23        procedure?   **YES** ☑   **NO** ☐

24   D.   If your answer is YES, list the appeal number and the date and result of the appeal at each

25        level of review. If you did not pursue any available level of appeal, explain why.

26             1. Informal appeal: __#SVSP HC-22001383__

27

28

2. First formal level: Date Completed Oct 18/2022

3. Second formal level: Second Level Completed Feb 22/2023

4. Third formal level:

E.    Is the last level to which you appealed the highest level of appeal available to you?

YES ☑    NO ☒

F.    If you did not present your claim for review through the grievance procedure, explain why.

## II.  Parties.

A.    Write your name and present address.  Do the same for additional plaintiffs, if any.

William Guy,C-53829,Slainas Valley State Prison,(B-1-139-L)
Soledad,California 93960

B.    For each defendant, provide full name, official position and place of employment.

Dr.Suii(Primary Care Provider,Slainas Valley State Prison
S.Sawyer,Chief Support Executive,Slainas Valley State Prison
S.Gates,Health Care Appeal Branch,Elk Grove,California
P.O.Box 588500 Elk Grove,Ca 95758

PRISONER COMPLAINT (rev. 8/2015)
Page 2 of 3

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

Dr. Suii, (PCP) Denied Plaintiff Medical Treatment Delibrate Indifference To A Serious Medical Need.

S. Sawyer Acted In Conjunction With The Primary Care Provider In Denying Plaintiff Guy Medical Treatment Delibrate Indifference To A Serious Medical Need.

S. Gates Acted In Conjunction With The Primary Care Provider Dr. Suii In Denying Plaintiff Medical Treatment

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

Award Compensatory And Punitive Damages Jointly And Severally Against Each Defendant

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 6/22/2023

Date                                    Signature of Plaintiff

PRISONER COMPLAINT (rev. 8/2015)
Page 3 of 3

1  William Guy,C-53829
2  Salinas Valley State Prison
3  P.O.Box 1050 (B-1-139-L)
4  Soledad,California 93960
5  In Pro Se.
6
7
8
9
10                    United States District Court
11                 Northern District Of California
12
13
14  William Guy,
15        Plainiff,                    Case No._____
16     V.S                             42 U.S.C.§§ 1983
17  Suii,(PCP)                         First Amended Complaint
18  Primary Care Provider              Demand For Jury Trial.
19  S.Sawyer,Chief Support             $150,000
20  Executive
21  S.Gates,Health Care And
22  Appeals Branch,
23        Defendant's,et al. /
24
25                    Preliminary Statement
26  This Is A Civil Rights Action Filed By Mr.William Guy,A State
27  Prisoner For Damages Purauant To 42 U.S.C.§§1983,Alleging
28  Delibarate Indifference To A Serious Medical Need And Denial

                              (1)

1  Of Medical Treatment Inviolation Of The Eight Amendment Of The

2  United States Constitution.

3  Plaintiff Futher Alleges Eight Amendment Violation Intentionally

4  Interfering And Denying Medical Treatment Prescribed By A Doctor

5  Inviolation Of The United States Constitution.

6

7                    Jurisdiction

8  1).This Case Is Brought Pursuant To 42 U.S.C.1983,To Address

9  These Deprivation Under Color Of State Law Of Rights Secured

10 By The Constitution Of The United States,Jurisdiction Is Based

11 Upon 28 U.S.C.§§ 1331 And 1343 (a)(3),The Unlawful Acts And

12 Omissions Alleged Occurred Primarily Within This Judicial

13 District And The Majority Of The Defendants Reside Within This

14 District 28 U.S.C.§§ 1391 (b).

15

16                  Exhaustion Of Remedy

17                42 U.S.C.A.§§ 1997e(a)

18 2).Plaintiff Willim Guy Has Filed And Exhausted An Administrat-

19 ive,Health Care Appeal #SVSP HC-22001383 In Connection With

20 These Claims Adaquate For Exhaustion Herein,(See CDCR Health

21 Care Appeal Attached As Exhibit (A).

22

23               Supplemental Jurisdiction

24 3).The District Court Has Supplemental Jurisdiction Over,

25 Plaintiff's State Law Claims Under 28 U.S.C. §§ 1367(a).

26

27                    Parties

28 4).Plaintiff Willam Guy,Was At All Times Mentioned Herein A

                         (2)

Prisoner At Salinas Valley State Located In Soledad California As, A DDP 2 Leval Of Care Under The American With Sisabilities Act (ADA).

5). Defendant Suii At All Times Mentioned Herein Was Employed By The California Department Of Corrections And Rehabilitation (CDCR) As, A Primary Care Provider At Salinas Valley State Prison This Defendant Is Sued In Her Individual Capacity For $50.000

6). S. Sawyer At All Times Mentioned Herein Was Empoyed By The California Department Of Corrections And Rehabilitation (CDCR) As The Chief Support Executive At Salinas Valley State Prison This Defendant Is Sued In His Individual Capacity For $50.000

7). S. Gates At All Times Mentioned Was Employed By The California Department Of Corrections And Rehabilitation (CDCR) At The Health Care Appeal Branch In Elk Grove California This Defendant Id Sued In His Individual Capacity For $50.000

8). Plaintiff Contends That These Individual Defendant's Herein Have Acted Under Color Of State Law At All Times Relevant To This Complaint.

9). Plaintiff Contends All These Defendant's Acted Pursuant To Known Illegal Policies And Practices And Customs Of The California Department Of Corrections And Rehabilitation (CDCR)

## Deliberate Indifference

Claim #1). Plaintiff Contends Primary Care Provider Suii Denied

1 | Plaintiff Medical Treatment Intentionally Ignoring The
2 | Seriousness Of Mr.Guy's Medical Condition Only Exacerbate The
3 | Pain And Suffering Plaintiff Has To Endure By Delaying The
4 | Reconstructive Knee Surgery As It Significantly Affects His
5 | Mobility.
6 |
7 | 11).Plaintiff Contends He Is Relinat On,A Wheelchair And The
8 | Assistance Of A ADA-Assistant Due To Dr.Suii Denying Plaintiff
9 | Medical Treatment Which Constiutes Delibrate Indifference To
10 | To A Serious Medical Need Inviolation Of Plaintiff's Eighth
11 | Amendment Right To Be Free From Cruel And Unusual Punishment.
12 |
13 | 12).Plaintiff Contends He Is A DDP 2 Leval Inmate And Suffers
14 | From Severe And Constant Pain As A Drict Result Of Being Denied
15 | Reconstructive Knee Surery,Plaintiff Contends All His Request's
16 | For Surgery Is Still Being Denied Inviolation Of His Eighth
17 | Amendment Right To Be Free From Cruel And Unusual Punishment.
18 |
19 | 13).Plaintiff Contends It's Very Painful To Even Sit While
20 | Using The Toilet As It Is Tremendously Agonizing To Lift His
21 | Self Up Afterwards Due To The Fact Plaintiff Is Not Assign To
22 | A ADA Cell With Rails To Lift His Self Inviolation Of The
23 | Eighth Amendment Right And Delibate Indifference To A Serious
24 | Medical Need.
25 |
26 | 14).Plaintiff Contends Before Covid-19 He Was Scheduled For
27 | Surgery In The Month Of Octher 2021,And Was.Approved By The
28 | Head Of Medical Department.Plaintiff Contends It Has Been Over

(4)

1  19 Months And He Continues To Suffer Excrciating Pain As These

2  Named Defendant's Have Acted With A Culpable State Of Mind By

3  Denying Plaintiff The Surgery That Was Approved In October 2021.

4

5  15).Plaintiff Contends That He Been Suffering In Severe Pain

6  Due To Being Denied Reconstructive Knee Surgery And These

7  Named Defendant's Have Fail To Reschedule The Surgery That Is

8  Very Critical Not Only To Relieve The Constant Pain And Suffer-

9  ing But,Plaintiff's Over All Health And Safety As Well As His

10 Mobility Delibarate Indifference To Plaintiff's Serious Medical

11 Need Inviolation Of Plaintiff's Right To Be Free From Cruel

12 And Unusual Punishment Under The Eighth Amendment.

13

14 16).Plaintiff Contends He Is Blatantly Being Denied And Deprived

15 Medical Treatment Which Is Clearly Defined In Chapter 2. Rules

16 Of Health Care Service Article 1. Health Care Definition 3999.98

17 Of The Title 15,(Medically Necessary),Plaintiff Contends That

18 Medical Staff And Dr.Suii Continue To Use The Covid-19

19 Restrictions As A Source Of Reasoning For Denying,Plaintiff His

20 Reconstructive Knee Surgery When Judge's Have Rule That Covid-19

21 Restrictios Amount To Cruel And Unusual Punishment At San

22 Quention Prison.

23

24 17).Plaintiff Contends That Primary Care Provider Dr.Suii Seems

25 To Think That All African American Prisoner's Only Want Is

26 Pain Medication When Plaintiff Was Subsequently Scheduled For

27 Reconstructive Knee Surgery But When The Covid-19 Pandemic Hit

28 All Out Side Movement Stopped And Now Movement Has Beed Reinsta-

1  -ted,Plaintiff Contends That He Is Still Being Denied Medical

2  Treatment And Contiune To Suffer In Excruciatin Pain.

3

4  18).Plaintiff Contends That Defendant S.Gates Violated Known

5  Policy And Procedures By Acknowledging That On,September 28/22

6  Plaintiff Was Seen For An Orthopedic Consultation And The

7  Progress Notes Indicates That A Surgeon Recommended Repeat

8  X-Rays And Requested That They Be Sent To The Prior Scheduling

9  Surgery.

10  Plaintiff Contends On October 13/2022,X-Rays Of The Bilateral

11  Knees Were Conducted,Plaintiff Contends Futher That On December

12  12/2022,He Was Sequentially Seen By The Orthopedic Consultation

13  As The Orthopedic Specialist Reviewed The X-Rays And There For

14  Recommended A Magnetic Resonance Imaging (MRI) Arthrogram And

15  A Follow Up ,On February 7/202023 An MRI Arthrogram Was

16  Conducted.

17

18  19).Plaintiff Contends Defendant S.Gates Have Acted In

19  Conjunction With The Primary Care Provider Dr.Suii In Denying

20  Plaintiff Medical Treatment And Reconstructive Knee Surgery

21  Which Has Caused Plaintiff In Severe And Excruciting Pain

22  When Defendant S.Gates Has The Authority To Order Primary

23  Care Provider Dr.Suii To Reschedule Plaintiff's Reconstructive

24  Knee Surgery ,But Instead Defendant S.Gates Denied Plaintiff

25  Medical Treatment Maliciously And Sadisically An Act Of

26  Deliberate Indifference To,Plaintiff's serious Medical Needs

27  Plaintiff Contends That Defendant S.Gates Actions Of Ignoring

28  The Seriousness Of Plaintiffs Medical Needs Have Resulted In

Unnecessary And Wanton Infliction Of Ongoing Pain And Suffering Due To The Present Medical Condition That Significantly Affects Plaintiff's Daily Activities.

20).Plaintiff Contends These Named Defendant's Have Violated His Constitutional Rights Proected By The 8Th Amendment Against The Infliction Of Cruel And Unusual Punishment And Delibarate Indifference ToPlaintiff's Serious Medical Needs.

21).Plaintiff Contends Futher That Defendant's Dr.Suii (PCP) Primary Care Provider,Defendant S.Sawyer,Chief Support Executive Defendant S.Gates,Health Care Appeals Branch Conduct Violates 42 U.S.C.ss 1983,As Their Conduct Constitutes An Act Of Deliberate Indifference To Plaintiff's Serious Medical Needs In Violation Of His Eighth Amendment Rights To Be Free From Cruel And Unusual Punishment.

22).Plaintiff Allege The Act's And Omissions Of Defendant Dr. Suii,Defendant S.Sawyer Chief Support Executive And Defendant S.Gates Health Care Appeal Branch Served No Legitimate Penological Interest Or Institutional Goal.

## Claim For Relief

23).(Eighth Amendment Violation.Deliberate Indifference To Serious Medical Needs).
Plaintiff's Medical Condition As Described Herein Constitutes A Serious Medical Need In That The Denial Of Medical Treatment That Was Approved By The Medical Department On Octber 2021

1  Has Resulted In Further Significat Injury To.Plaintiff Knee
2  And On Going Failure To Treat It Is Likely To Cause More
3  Serious Injury,Plaintiff Contends Said Injury Has Included But
4  Not Necessarily Read Limited To Severe Pain,Plaintiff Is Still
5  Experiencing Severe Paint In His Right Knee And Leg.

6

7  24).Plaintiff Is Informed And Believes Alleges That Defendant's
8  Have Acted Intentionally In The Manner Described Above And With
9  Knowledge Of The,Plaintiff's Pain And Suffering And The Risk Of
10  Futher Serious Harm That Could Result In Permanent Damage And
11  Irreversible Affecting Plaintiff's Ability To Walk From Their
12  Actions And Or Refusal To To Act And Perform Reconstructive
13  Knee Surgery.

14

15  25).Plaintiff Contends The Acts And Omissions Of Defendant Dr.
16  Suii (PCP) Denial Of Medical Treatment Constitutes Deliberate
17  Indifference In Violation Of Plaintiff's Eighth Amendment Rights
18  Of The United States Constitution.

19

20  26).Plaintiff Contends The Acts And Omissions Of Defendant
21  S.Sawyer.Chief Support Executive Denial Of Medical Treatment
22  Constitutes Deliberate Indifference In Violation Of Plaintiff's
23  Eighth Amendment Rights Of The United States Constitution.

24

25  27).Plaintiff Contends The Acts And Omission Of Defendant
26  S.Gates,Health Care Appeal Branch Denial Of Medical Treatment
27  Constitutes Deliberate Indifference In Violation Of Plaintiff's
28  Eighth Amendment Rights.

1                              RELIEF REQUESTED

2    Wherefore, Plaintiff Respectfully Prays For The Following Relief

3    A. Issue A Declaraory Judgment That The, Defendant's Acts And

4    Omissions And Practices Described Herein Violated, Plaintiff's

5    Rights Stated Herein.

6

7    B. Award Compensatory And Punitive Damges Jointly And Severally

8    Against.

9    1). Defendant Dr. Suii, (PCP) Primary Care Provider For Denial Of

10   Medical Treatment Maliciously And Sadistically And Act Of

11   Deliberat Indifference .

12

13   2). Defendant S. Sawyer, (CSE) Chief Support Executive Denial Of

14   Medical Treatment Maliciously And Sadistically An Act Of

15   Deliberate Indifference To Plaintiff's Serious Medical Needs.

16

17   3). Defendant S. Gates (HC) Appeals Branch Denial Of Medical

18   Treatment Maliciouly And Sadistically An Act Of Deliberate

19   Indifference To Plaintiff's Serious Medical Needs..

20

21   C. Award Punitive Damage Against Defendant's Dr. Suii, S. Sawyer

22   And S. Gates.

23

24   D. Grant Any Other Relief The Court Deems Appropriate.

25

26                              Respectfully Submitted

27   Dated June 22/2023          William Guy, G-53829

28                               X. Mr. William Guy    6/22/2023

                          (9)    In Pro Se.

VERIFICATION

Pursuant To 28 U.S.C.ªª 1746,I Declare And Verify Under

Penalty Of Perjury That The Fore Going Is True And Correct.

Respectfully Submitted

Willam Guy,C-53829

X. _Mr. William Guy_

In Prose          06/22/2023

Dated June 22/2023

(10)

UNITED STATES DISTRICT COURT

NORTHRN DISTRICT OF CALIFORNIA

Willam Guy,C-53829

       VS.

Dr.Suii,(PCP)Primary Care Provider.

S.Sawyer,Chief Support Excutive,                Case Number;

S.Gates,Health Care Appeal Branch,

          Defendant's.et al.     /

                        PROOF OF SERVICE

I Hereby Certify That On ,June 22/2023 I Served A Copy Of The Attached

First Amended Complaint,42 U.S.C. §§ 1983 .

By Placing A Copy In A Postage Paid Envelope Addressed To The Person(s)
Hereinafter.

Listed By Depositing Said Envelope In The UNITED STATES Mail At

Slainas Valley State Prison

P.O.Box 1050 (B-1-139-L)

Soledad.California 63960 /

          93960

List Names And Adresses Of Each

Defendant Or Attorney)

Clerk Of The U.S.District Court

450 Golden Gate Avenue,Box 36060

San Francisco,California 94102

I Declare Under Penalty Of Perjury That The Foregoing Is True And Correct

                    X. *Mr.William Guy*  6/22/2023

STATE OF CALIFORNIA
HEALTH CARE GRIEVANCE
CDCR 602 HC (Rev. 06/17)

*1 of 4 Copy's*

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

| STAFF USE ONLY | Expedited? ☐ Yes ☐ No | Institution: | Tracking #: |
|---|---|---|---|

**J. SAN JUAN, RN**

SVSPAC 22001383

Staff Name and Title (Print)                    Signature                    Date  8/16/1?

If you think you have a medical, mental health or dental emergency, notify staff immediately. If additional space is needed, only one CDCR 602 HC A Health Care Grievance Attachment will be accepted. You must submit this health care grievance to the Health Care Grievance Office for processing. Refer to California Code of Regulations (CCR), Title 15. Section 3087 for further guidance with the health care grievance process.

Do not exceed more than one row of text per line: WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

Name (Last, First, MI):  Guy, Williams

CDCR #:  CS3829

Unit/Cell #:  B-1-139

**SECTION A:** Explain the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health and welfare for which you seek administrative remedy.

William Guy who is here at SVSP as a DDP 2 level of care inmate has requested my assistance to write this complaint in his own words in regards to his medical operations for his knees and legs: For me not to get that surgery I will go on to suffer in great pain and misery. It's been hard for me to even sit when I use the toilet and it is tremendously agonizing to lift myself afterward. Before Covid-19 I was scheduled for surgery in the month of October of last year 2021 and was approved by the head of the medical department. It has since been ten (10) whole months and

*If you need more space, use Section A of the CDCR 602 HC A*

☐ Supporting Documents: Refer to CCR 3087.2. List supporting documents attached:

☑ No, I have not attached any supporting documents. Reason:

Grievant Signature:                                        Date Submitted:  8-14-22

BY PLACING MY INITIALS IN THIS BOX, I REQUEST TO RECEIVE AN INTERVIEW AT THE INSTITUTIONAL LEVEL.  W.G.

HEALTH CARE GRIEVANCE REVIEW INSTITUTIONAL LEVEL: Staff Use Only          Is a CDCR 602 HC A attached? ☐ Yes ☐ No

This grievance has been:

☐ Rejected (See attached letter for instruction): Date: _____ Date: _____

☐ Withdrawn (see section C)

☑ Accepted    Assigned To: J. San Juan  Title: HCARN    Date Assigned: 8/23/22  Date Due: 10/17/22

Interview Conducted? ☑ Yes ☐ No  Date of Interview: 9/29/22    Interview Location: B. medical room

Interviewer Name and Title (print): F. Clempena RN  Signature: _____  Date: 9/29/22

Reviewing Authority
Name and Title (print): S. Smiley  Signature: _____  Date: 10/17/22

Disposition: See attached letter    ☐ Intervention    ☐ No Further Intervention    ☑ No Intervention

*If dissatisfied with Institutional Level Response, complete Section B.*

HCGO Use Only: Date closed and mailed/delivered to grievant:  OCT 18 2022

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: |
|---|---|---|
| ☑ TABE score ≤ 4.0 | ☐ Additional time | ☐ Patient asked questions |
| ☐ LPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ Patient summed information |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: |
| ☑ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached ☑ Reached |
| ☐ Not Applicable | ☐ Other*: | *See chrono/notes |

4. Comments:  Tabe 0.0        DPO, DDP2

RECEIVED COMPLETED SVSP  SVSP  AUG 16 2022  HCGO

COMPLETED SVSP STAFF USE ONLY OCT 18 2022  HCGO

RECEIVED STATE USE ONLY NOV 28 2022

COMPLETED HCCAB FEB 23 20?

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR 602 HC (Rev. 06/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 2 of 2
Tracking # SVSPHC 2400383

**SECTION B:** Health Care Grievance Appeal. If you are dissatisfied with the Institutional Level Grievance Response, explain the reason below (if more space is needed, use Section B of the CDCR 602 HC A), and submit the entire health care grievance package by mail for Headquarters' (HQ) Level health care grievance appeal review. Mail to: Health Care Correspondence and Appeals Branch, P.O. Box 588500, Elk Grove, CA 95758.

Medical at SVSP and new Health Care Appeals Branch is committing Deliberate Indifference to my serious medical Need in violation of the 8th amendment cruel and unusual punishment standard. The appeal petition original that a Doctor has recommended foot surgery and its been months and months that has gone by and I have not had the surgery (Jimenez v. Bwards 834 F.2d 1053, 1056 (8th Cir 1988) I am suffering severe and constant pain instead of right which can be stopped by me getting the surgery the doctor recommended he to respond of granting me get that surgery immediately the reviewer are awaiting review. The Supreme Court has stated that "deliberate indifference to a serious medical need of a prisoner constitutes the "unnecessary and wanton infliction of pain ... proscribed by the Eighth Amendment. Estelle v. Gamble 429 U.S. 97, 104, 97 S.Ct 285 (1976) and Erickson v. Pardus 551 U.S. 89, 94, 127 S.Ct 2197(2007). To succeed in a 1983 civil right lawsuit, I have shown and first level review per Chief support Executive at Sawyer acknowledge I have a serious medical need and that a doctor recommended surgery in order to stop my pain and fix my injury Farmer v. Brennan 511 U.S. 825 837 114 S.Ct. 1970 (1994)

Grievant Signature: _____ Date Submitted: 11-20-2020

---

**HEALTH CARE GRIEVANCE APPEAL REVIEW HQ LEVEL:** Staff Use Only    Is a CDCR 602 HC A attached?  ☐ Yes  ☐ No

This grievance has been:

☐ Rejected (See attached letter for instruction):    Date: _____    Date: _____

☐ Withdrawn (see section C)

☐ Accepted

Interview Conducted?  ☐ Yes  ☐ No    Date of Interview: _____    Interview Location: _____

Interviewer Name and Title (print): _____    Signature: _____    Date: _____

**Disposition:** See attached letter    ☐ Intervention    ☐ No Further Intervention    ☐ No Intervention

*This decision exhausts your administrative remedies.*

HQ Use Only: Date closed and mailed/delivered to grievant: _____

**SECTION C:** Grievant requests to WITHDRAW health care grievance: I request that this health care grievance be withdrawn from further review. Reason:

_____

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Grievant Signature: _____    Date Submitted: _____

Staff Name and Title (Print): _____    Signature: _____    Date: _____

## STAFF USE ONLY

Distribution: Original - Returned to grievant after completed; Scanned Copy - Health Care Appeals and Risk Tracking System 2.0 (Do not place in central file or health record)

Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE ATTACHMENT**
CDCR 602 HC A (10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

**STAFF USE ONLY**

Tracking #: SVSPHC22001383

Attach this form to the CDCR 602 HC, Health Care Grievance, only if more space is needed. Only one CDCR 602 HC A may be used.
**Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

Name (Last, First, MI):

Guy, William

CDCR Number: C-53829    Unit/Cell Number: B-1-139

**SECTION A** Continuation of CDCR 602 HC, Health Care Grievance, Section A only (Explain the applied health care policy, decision, action, condition, or omission that has had a material adverse effect upon your health or welfare for which you seek administrative remedy):

I HAVE YET TO HAVE THE SURGERY GRANTED TO ME OR AT THE VERY LEAST BE PRO-
PERLY COUNSELED AND INFORMED OF A RESCHEDULING FOR THE SURGERY THAT IS SO
CRITICAL TO NOT ONLY MY MOBILITY BUT MY OVERALL HEALTH AND SAFETY BEING THAT I
AM ALREADY MOBILITY IMPAIRED DUE TO MY AGE AND CONSTANT ACHES. A RIGHT THAT I
AM SO BLATANTLY BEING DENIED AND DEPRIVED OF WHICH IS CLEARLY DEFINED IN CHAPTER
2. RULES OF HEALTH CARE SERVICES ARTICLE 1. HEALTH CARE DEFINITIONS 3999.98 OF THE TITLE
15 (MEDICALLY NECESSARY) MEDICAL STAFF HERE AT SVSP USED COVID-19 RESTRICTIONS AS A
SOURCE OF REASONING FOR ME NOT RECIEVING MEDICAL TREATMENT THAT IS IMPERATIVE TO MY
MOBILITY BUT COVID RESTRICTIONS AS A WHOLE IS NO LONGER A FACTOR IN PREVENTING SURGERY
TO TAKE PLACE. I'M BEING DENIED MEDICALLY NECESSARY TREATMENT WHICH IS ENTITLED
TO ME. SEE, TITLE 15, CHAPTER 2. ARTICLE 1. 3999.200 (A) -(E) AS WELL AS CHAPTER TWO
ARTICLE 1. PROVISIONS OF HEALTH CARE 3999.201 EFFECTIVE COMMUNICATION. AND 3999.303
SCHEDULING AND ACCESS TO CARE WHICH IS ESSENTIAL TO NOT ONLY MY LEVEL OF CARE AS
A LEVEL 2 DDP INMATE BUT MY CRISIS AS AN ELDERLY HUMAN BEING IN MEDICAL FAC-
ILITY THAT IS SUPPOSED TO AIDE ME IN MY MEDICALLY NECESSITIES. I HOPE AND PRAY
THERE IS NO REPRISALS BEHIND THIS GRIEVENCE IN REGARDS TO MY IMMEDIATE
MEDICAL CARE AND CONCERNS OF LACK THERE ON THE MEDICAL STAFF HERE AT SVSP.
I SAMUEL HACKETT T85884 AM THE PERSON WHO HAS ASSISTED MR. GUY WITH THIS GRIEVANCE.

Grievant Signature: _____    Date Submitted: 8-14-22

**SECTION B** Staff Use Only: Grievants do not write in this area. Grievance Interview Clarification. Document issue(s) clarified during interview.

_____
_____
_____
_____
_____

Name and Title: _____    Signature: _____    Date: _____

RECEIVED
SVSP
AUG 16 2022
HCGO

RECEIVED
HCCAB
NOV 2 8 2022

COMPLETED
HCCAB
FEB 2 3 2023

**STAFF USE ONLY**

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE ATTACHMENT**
CDCR 602 HC A (10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 2 of 2

Tracking # SVSPHC 2200 1383

| SECTION C: | Continuation of CDCR 602 HC, Health Care Grievance Appeal, Section C only (Dissatisfied with Health Care Grievance Response): |
|---|---|

This is not a disagreement with medical personnel's judgment as to whether or not I should have surgery to correct my injury and stop my pain. Tyndale v. Chung, 31(503) 1091 1097 - 98 (9th Cir 2011). This is a matter that I was scheduled to have my surgery but been let and stopped all prior movement and that now movement has been reinstated my surgery has been forgotten and because I'm filing this 602 the contrived sole purpose is to deny my surgery since I'm appealing! Not because they disagree with the doctors recommendation. To deny me surgery that a specialist doctor recommended is so grossly incompetent, inadequate as to shock the conscience and is intolerable to fundamental fairness which constitute deliberate indifference. Rogers v. Evans 792 F 2d 1052, 1058 (11 th Cir. 1985)

I simply request that Health Care Appeal Branch contact SVSP medical chief Support Executive's Surgeon and request that he answers I get my surgery immediately or as soon as possible.

I Tracy Taylor B-17781 wrote this response on behalf of Guy Williams because he is blind and suffer such pain that he couldn't write this himself. I am in B3-121 at Salinas Valley State Prison.

| | |
|---|---|
| Grievant Signature: _[signature]_ | Date Submitted: _November 30 2021_ |

| SECTION D: | Staff Use Only: Grievants do not write in this area. Grievance Appeal Interview Clarification. Document issue(s) clarified during interview (if necessary at HQ Level). |
|---|---|

Name and Title: _____  Signature: _____  Date: _____

**STAFF USE ONLY**

Distribution: Original - Returned to grievant after completed, Scanned Copy - Health Care Appeals and Risk Tracking System 2.0 (Do not place in central file or health record)

Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.

STATE OF CALIFORNIA
## HEALTH CARE GRIEVANCE
CDCR 602 HC (Rev. 10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

| STAFF USE ONLY | | | | |
|---|---|---|---|---|
| Expedited? ☐ Yes ☐ No | | Tracking #: | SvSp Hc 22001383 | |

Staff Name and Title (Print) _____ Signature _____ Date _____

If you think you have a medical, mental health or dental emergency, notify staff immediately. If additional space is needed, use Section A of the CDCR 602 HC A Health Care Grievance Attachment. Only one CDCR 602 HC A will be accepted. You must submit this health care grievance to the Health Care Grievance Office for processing. Refer to California Code of Regulations (CCR), Title 15, Chapter 2, Subchapter 2, Article 5 for further guidance with the health care grievance process.

**Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

Name (Last, First, MI): **Guy, William**      CDCR #: **C53829**      Unit/Cell #: _____

**SECTION A:** Explain the applied health care policy, decision, action, condition, or omission that has had a material adverse effect upon your health or welfare for which you seek administrative remedy:

~~SEE ATTACHED CDCR-602 HC / 602 HCA~~

Supporting Documents Attached. Refer to CCR 3999.227 ☐ Yes ☐ No

Grievant Signature: _____ Date Submitted: _____

BY PLACING MY INITIALS IN THIS BOX, I REQUEST TO RECEIVE AN INTERVIEW AT THE INSTITUTIONAL LEVEL. ☐

**SECTION B:** HEALTH CARE GRIEVANCE REVIEW INSTITUTIONAL LEVEL: Staff Use Only      Is a CDCR 602 HC A attached? ☐ Yes ☐ No

This grievance has been:

☐ Rejected (See attached letter for instruction): Date: _____  Date: _____

☐ Withdrawn (see section E)

☐ Accepted      Assigned To: _____  Title: _____  Date Assigned: _____  Date Due: _____

Interview Conducted? ☐ Yes ☐ No   Date of Interview: _____   Interview Location: _____

Interviewer Name and Title (print): _____  Signature: _____  Date: _____

Reviewing Authority Name and Title (print): _____  Signature: _____  Date: _____

**Disposition:** See attached letter   ☐ Intervention   ☐ No Intervention

HCGO Use Only: Date closed and mailed/delivered to grievant: _____

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: | |
|---|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ Patient asked questions | |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ Patient summed information | |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: | |
| ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached | |
| ☐ Not Applicable | ☐ Other* | *See chrono/notes. | |

COMPLETED HCCAP FEB 2 3 2023

**STAFF USE ONLY**

4. Comments: _____

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR 602 HC (Rev. 10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 2 of 2

Tracking #: SVSP HC 22001383

| | |
|---|---|
| **SECTION C:** | **Health Care Grievance Appeal. If you are dissatisfied with the Institutional Level Grievance Response**, explain the reason below (if more space is needed, use Section C of the CDCR 602 HC A), and submit the entire health care grievance package by mail for Headquarters' (HQ) Level health care grievance appeal review. Mail to: Health Care Correspondence and Appeals Branch, P.O. Box 588500, Elk Grove, CA 95758. |

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

| Grievant Signature: | Date Submitted: |
|---|---|

**SECTION D:** HEALTH CARE GRIEVANCE APPEAL REVIEW HQ LEVEL: Staff Use Only    Is a CDCR 602 HC A attached? ☒ Yes    ☐ No

This grievance has been:

☐ Rejected (See attached letter for instruction):    Date: _____    Date: _____

☐ Withdrawn (see section E)    ☒ Accepted

☐ Amendment    Date: _____

Interview Conducted?    ☐ Yes  ☒ No    Date of Interview: _____    Interview Location: _____

Interviewer Name and Title (print): _____    Signature: _____    Date: _____

| Disposition: See attached letter | ☐ Intervention | ☒ No Intervention |
|---|---|---|

*This decision exhausts your administrative remedies.*

HQ Use Only: Date closed and mailed/delivered to grievant:    **FEB 23 2023**

**SECTION E:**    Grievant requests to WITHDRAW health care grievance: I request that this health care grievance be withdrawn from further review. Reason:

_____

_____

_____

| Grievant Signature: | Date Submitted: |
|---|---|
| Staff Name and Title (Print): | Signature: | Date: |

## S T A F F   U S E   O N L Y

Distribution: Original - Returned to grievant after completed; Scanned Copy - Health Care Appeals and Risk Tracking System 2.0 (Do not place in central file or health record)

Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.

 **CALIFORNIA CORRECTIONAL**
# HEALTH CARE SERVICES



**Institutional Level Response**

**Closing Date:** OCT 1 8 2022

**To:** GUY, WILLIAM (C53829)
B 001 1139001LP
Salinas Valley State Prison
P. O. Box 1020
Soledad, CA 93960-1020

**Tracking #:** SVSP HC 22001383

## RULES AND REGULATIONS

The rules governing these issues are: California Code of Regulations, Title 15; Health Care Department Operations Manual; Mental Health Services Delivery System Program Guide; California Department of Corrections and Rehabilitation Department Operations Manual.

## HEALTH CARE GRIEVANCE SUMMARY

In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | | Description |
|---|---|---|
| Issue: | Disagreement with Treatment (Primary Care Provider) | You state without surgery you will suffer in pain. |
| Issue: | Scheduling (PCP Encounter) | You state it has been hard for you to sit when you use the toilet and agonizing to lift yourself afterward. |
| Issue: | Scheduling (Wait Time) | You state in October 2021 you were approved/scheduled for surgery and it has been 10 months and you have yet to have the surgery, or proper consultation, and have not been informed of rescheduling. |
| Issue: | Disagreement with Treatment (Primary Care Provider) | You claim medical staff used COVID-19 restrictions as a source of reasoning for you not to receive medical treatment that is imperative to your mobility, but COVID-19 is no longer a factor and you are being denied medically necessary treatment. |
| Issue: | Administrative (Policy & Procedure) | No reprisal. |
| Issue: | Surgery (Lower Extremities) | To have surgery for your knees and legs. |

## INTERVIEW

On September 27, 2022, you were interviewed by F. Ssempebwa, Health Care Appeals Registered Nurse (HARN) regarding this health care grievance. During the interview, you were allowed the opportunity to fully explain your health care grievance issue(s).

---

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.

Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.

Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.



RECEIVED
HCCAB
NOV 2 8 2022

W.GUY, C53829
SVSP HC 22001383
Page 2 of 3

## INSTITUTIONAL LEVEL DISPOSITION

[X] No intervention.    [ ] Intervention.

## BASIS FOR INSTITUTIONAL LEVEL DISPOSITION

Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed. These records indicate on August 17, 2021, you were seen by your Primary Care Provider (PCP) for a follow up visit after seeing the Orthopedic Specialist who recommended a Computed Tomography (CT) scan of the right knee and a neurology evaluation.

On August 25, 2021, you were seen by your PCP who recommended to continue with pain medications and your wheelchair.

On November 21, 2021, you were seen by your PCP after a CT scan of the right knee and the PCP placed an order for surgery.

On September 28, 2022, you were seen for an orthopedic consultation and the progress note indicated the provider recommended repeat x-rays and asked for them to be sent to him prior to scheduling surgery.

On October 10, 2022, you were seen by your PCP for a follow up and the PCP went over the Orthopedic Specialist's recommendations, and placed an order for x-rays and a follow up orthopedic consult. It was also noted the wheelchair and fall precaution was continued.

On October 13, 2022, the x-rays of the right knee where completed. You will be seen by your PCP for a follow up as scheduled.

There is no indication your care has not been provided pursuant to the rules and regulations governing the management and delivery of medically or clinically necessary health care services. Patients shall be accorded impartial (equal, unbiased) access to treatment or accommodations that are determined to be medically or clinically indicated, based on the patient's individual presentation, history, and exam findings, in accordance with appropriate policies and procedures. Treatment determined to be medically or clinically indicated for another patient may not be determined to be appropriate for you; this does not constitute a violation of your right to impartial access to medically or clinically necessary health care.

While you may not agree with the decisions of your treatment team, it does not constitute staff misconduct or deliberate indifference to your health care needs.

California Correctional Health Care Services makes every effort to ensure patients receive timely access to the full range of necessary health care services. In order to improve the overall quality and efficiency of health care services and outcomes, California Correctional Health Care Services includes the appropriate personnel and organizational functions to identify and address barriers to care, including staffing, lockdowns, restricted movement, fog lines, and backlogs.

Per California Code of Regulations, Title 15, Section 3999.226(e), "Staff shall not take reprisal against the grievant for filing a health care grievance."

Your medical condition will continue to be monitored with care provided as determined medically or clinically indicated by the primary care provider. If you have additional health care needs, you may access health care

---

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**



RECEIVED
HCCAB
NOV 2 8 2022

W.GUY, C53829
SVSP HC 22001383
Page 3 of 3

services by utilizing the approved processes in accordance with California Correctional Health Care Services policy.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

If you are dissatisfied with the Institutional Level Response, follow the instructions on the CDCR 602 HC, Health Care Grievance, and submit the entire health care grievance package for headquarters' level review. The headquarters' level review constitutes the final disposition on your health care grievance and exhausts your administrative remedies.

10/17/22

S. Sawyer
Chief Support Executive
Salinas Valley State Prison

Reviewed and Signed Date

Note 1:  The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3:  Permanent health care grievance document.  Do not remove from the health care grievance package.

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**



RECEIVED
HCCAB
NOV 2 8 2022



# HEALTH CARE SERVICES



### Headquarters' Level Response

**Closing Date:** FEB 2 3 2023

**To:** GUY, WILLIAM (C53829)
Salinas Valley State Prison
P. O. Box 1020
Soledad, CA 93960-1020

**From:** California Correctional Health Care Services
Health Care Correspondence and Appeals Branch
P.O. Box 588500
Elk Grove, CA 95758

**Tracking #:** SVSP HC 22001383

## RULES AND REGULATIONS
The rules governing these issues are: California Code of Regulations, Title 15; Health Care Department Operations Manual; Mental Health Services Delivery System Program Guide; California Department of Corrections and Rehabilitation Department Operations Manual.

## HEALTH CARE GRIEVANCE APPEAL SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | Description |
|---|---|
| Issue: Disagreement with Treatment (Primary Care Provider) | Medical staff used COVID-19 restrictions as reasoning for you not to receive medical treatment that is imperative to your mobility; you are being denied medically necessary treatment. |
| Issue: Surgery (Lower Extremities) | To have surgery for your legs and knees. |
| Issue: Scheduling (Wait Time) | You were approved and scheduled for surgery in October 2021 and you have yet to have surgery and have not been informed of rescheduling. |
| Issue: Administrative (Policy & Procedure) | No reprisal. |

## HEADQUARTERS' LEVEL DISPOSITION

☒ No intervention.     ☐ Intervention.

Note 1: The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.

W. GUY, C53829
SVSP HC 22001383
Page 2 of 3

## BASIS FOR HEADQUARTERS' LEVEL DISPOSITION

Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed. These records indicate:

- On September 28, 2022, you were seen for an orthopedic consultation and the progress note indicated the surgeon recommended repeat x-rays and asked for them to be sent to prior to scheduling surgery.
- On October 13, 2022, x-rays of the bilateral knees were conducted.
- On December 12, 2022, you were seen for an orthopedic surgery consultation. The orthopedic specialist reviewed the x-rays and recommended a magnetic resonance imaging (MRI) arthrogram and a follow-up once it was completed.
- On February 7, 2023, an MRI arthrogram was conducted.
- You have an appointment currently pending to see the orthopedic specialist.

You have received primary care provider evaluations and monitoring for your chronic medical conditions.

The primary care provider completed assessments, noted review of your history, current symptoms, and laboratory/imaging results, and developed a plan of care, including medications, accommodations, and referrals. Your medical condition will continue to be monitored with care provided as determined medically or clinically indicated by the primary care provider. If you have additional health care needs, you may access health care services by utilizing the approved processes in accordance with California Correctional Health Care Services policy.

California Correctional Health Care Services makes every effort to ensure patients receive timely access to the full range of necessary health care services. In order to improve the overall quality and efficiency of health care services and outcomes, California Correctional Health Care Services includes the appropriate personnel and organizational functions to identify and address barriers to care, including staffing, lockdowns, restricted movement, fog lines, and backlogs.

While you may not agree with the decisions of your treatment team, it does not constitute staff misconduct or deliberate indifference to your health care needs.

Per California Code of Regulations, Title 15, Section 3999.226(e), "Staff shall not take reprisal against the grievant for filing a health care grievance."

Your medical condition will continue to be monitored with care provided as determined medically or clinically indicated by the primary care provider. If you have additional health care needs, you may access health care services by utilizing the approved processes in accordance with California Correctional Health Care Services policy.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

---

Note 1: The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.

HEALTH CARE SERVICES

P.O. Box 588500
Elk Grove, CA 95758

This decision exhausts your administrative remedies.

Digitally signed by
HCCAB
Date: 2023.02.22
09:18:25 -08'00'

S. Gates, Chief
Health Care Correspondence and Appeals Branch
Policy and Risk Management Services
California Correctional Health Care Services

February 22, 2023

Reviewed and Signed Date

Note 1:  The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.

HEALTH CARE SERVICES

P.O. Box 588500
Elk Grove, CA  95758

# CIVIL COMPLAINT