IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM GUY,** | Case No. 5:23-cv-03202-BLF |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |
| v. | |
| **DR. SUII, et al.,** | |
| Defendants. | |

Defendants S. Gates and S. Sawyer filed a request for a 90-day extension of time, up to and including, April 29, 2024, in which to file a dispositive motion. The Court has read and considered the request and counsel's accompanying declaration, and finds that good cause exists to grant the request.

///

///

///

1     IT IS HEREBY ORDERED that Defendants' request for an extension of time is
2 GRANTED, and that Defendants' deadline to file a responsive deadline is extended to April 29,
3 2024.  Plaintiff's opposition shall be filed with the Court and served on Defendants no later than
4 twenty-eight (28) days from the date Defendants' motion is filed.  Defendants' reply shall be filed
5 with the Court and served on Plaintiff no later than fourteen (14) days after Plaintiff's opposition
6 is filed.  The motion shall be deemed submitted as of the date of the reply brief is due.  No
7 hearing will be held on the motion unless the Court so orders at a later date.

Dated:  January 5, 2024

_____
The Honorable Beth Labson Freeman