UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GUY,<br><br>      Plaintiff,<br><br>    v.<br><br>DR. SUII, et al.,<br><br>      Defendants. | Case No. 23-cv-03202 BLF (PR)<br><br>**ORDER GRANTING MOTION TO MODIFY CASE SCHEDULE; VACATING DISPOSITIVE MOTION DEADLINE; VACATING HEARING** |

Plaintiff, a state inmate, filed a civil rights complaint under 42 U.S.C. § 1983 against Dr. Suii, his primary care provider at Salinas Valley State Prison ("SVSP"), S. Sawyer (Chief Support Executive at SVSP), and S. Gates (Chief of Health Care Correspondence and Appeals Branch of the California Correctional Health Care Service). Dkt. No. 1. The Court found the complaint state cognizable claims and ordered service on Defendants. Dkt. No. 8.

On April 10, 2024, Defendants filed a motion for terminating sanctions due to Plaintiff's failure to attend his properly noticed deposition under Federal Rules of Civil Procedures 37(d) and 41(b). Dkt. No. 14. Plaintiff's opposition to this motion is currently pending. The hearing set for August 15, 2024 on this motion is **VACATED** as no hearing shall be held unless the Court so orders. *See* Dkt. No. 8 at 4.

Defendants move to modify the dispositive motion deadline while their motion for terminating sanctions is pending. Dkt. No. 15. The motion is **GRANTED** and the dispositive motion deadline is **VACATED**. The Court will reset the deadline for Defendants to file a dispositive motion if this matter survives Defendants' motion for terminating sanctions.

This order terminates Docket No. 15.

**IT IS SO ORDERED.**

Dated:  _April 19, 2024_____

_____
BETH LABSON FREEMAN
United States District Judge

Order Granting Mot. to Modify Sched; Vacating Hearing
PRO-SE\BLF\CR.23\03202Guy_vacate.deadline

2