UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GUY,<br><br>            Plaintiff,<br><br>    v.<br><br>DR. SUII, et al.,<br><br>            Defendants. | Case No. 23-cv-03202 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION AND TAKE PLAINTIFF'S DEPOSITION**<br><br>(Docket No. 21) |

Plaintiff, a state inmate, filed a civil rights complaint under 42 U.S.C. § 1983 against Dr. Suii, his primary care provider at Salinas Valley State Prison ("SVSP"), S. Sawyer (Chief Support Executive at SVSP), and S. Gates (Chief of Health Care Correspondence and Appeals Branch of the California Correctional Health Care Service). Dkt. No. 1.  The Court found the complaint stated cognizable claims and ordered service on Defendants.  Dkt. No. 8.  In the last order, the Court denied Defendants' motion for terminating sanctions without prejudice, and directed Defendants to reschedule Plaintiff's deposition and file a dispositive motion.  Dkt. No. 19.  Defendants filed a motion requesting an extension of time to comply in light of new counsel being assigned to this case and needing adequate time to prepare.  Dkt. No. 21.

Having shown good cause, Defendants' motion is **GRANTED**.  Defendants shall

take Plaintiff's deposition by January 29, 2025, and file a motion for summary judgment **no later than March 16, 2025**.

Plaintiff's opposition to Defendants' motion shall be filed **no later than twenty-eight (28) days** from the date Defendants' motion is filed. Defendants shall file a reply brief no later than **fourteen (14) days** after Plaintiff's opposition is filed.

This order terminates Docket No. 21.

**IT IS SO ORDERED.**

Dated:  __November 25, 2024_____

*[signature]*

BETH LABSON FREEMAN
United States District Judge

Order Granting EOT to file MSJ
PRO-SE\BLF\CR.23\03202Guy_eot-msj