UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GUY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DR. SUII, et al.,<br><br>　　　　Defendants. | Case No. 23-cv-03202 BLF (PR)<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION AND TAKE PLAINTIFF'S DEPOSITION**<br><br>(Docket No. 25) |

　　　　Plaintiff, a state inmate, filed a civil rights complaint under 42 U.S.C. § 1983 against Dr. Suii, his primary care provider at Salinas Valley State Prison ("SVSP"), S. Sawyer (Chief Support Executive at SVSP), and S. Gates (Chief of Health Care Correspondence and Appeals Branch of the California Correctional Health Care Service). Dkt. No. 1.  The Court found the complaint stated cognizable claims and ordered service on Defendants.  Dkt. No. 8.  On November 25, 2024, the Court granted Defendants' motion for an extension of time to file dispositive motion and take Plaintiff's deposition. Dkt. No. 21.

　　　　On January 9, 2025, the parties filed a stipulation agreeing to extend discovery, including taking Plaintiff's deposition, until March 31, 2025, and to extend the dispositive motion deadline until May 15, 2025.  Dkt. No. 25.  Pursuant to the parties' stipulation, the

deadlines in this case are extended as follows.

The fact discovery deadline, including Plaintiff's deposition, is extended to **March 31, 2025**. Defendants' dispositive motion shall be filed no later than **May 15, 2025.**

Plaintiff's opposition to Defendants' motion shall be filed **no later than twenty-eight (28) days** from the date Defendants' motion is filed. Defendants shall file a reply brief no later than **fourteen (14) days** after Plaintiff's opposition is filed.

This order terminates Docket No. 25.

**IT IS SO ORDERED.**

Dated: _January 13, 2025_____

_____
BETH LABSON FREEMAN
United States District Judge

Order Granting Stip for EOT
PRO-SE\BLF\CR.23\03202Guy_eot2-msj(stip)

2